COPY

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR94-00695-DT |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 04-10206 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central California | DIVISION |
|---|---|---|
| TRAN, Tuan Kiem | NAME OF SENTENCING JUDGE Honorable Dickran M. Tevrizian, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8-9-02 | TO 8-8-05 |

**OFFENSE**
18 USC 371: Conspiracy; 26 USC 5861(d), 18 USC 2(a): Aiding and abetting possession of unregistered firearm; 26 USC 5861(e), 18 USC 2(a): Aiding and abetting illegal transfer of firearm; 26 USC 5681(h), 18 USC 2(a): Aiding and abetting possession of firearm without serial number.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Central_____ DISTRICT OF _____California_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/22/04_
Date

_[signature]_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 1, 2004_
Effective Date

_William G. Young_
United States District Judge